## AMENDED RETURN OF SERVICE

**State of Florida**  **County of DADE**  **Circuit Court**

Case Number: 2019-006153-CA-01

Plaintiff:
**SUNY CHIRINOS**

vs.

Defendant:
**COMPREHENSIVE HEALTH SERVICES,INC**

For:
Peter Michael Hoogerwoerd
REMER & GEORGES-PIERRE, PLLC.
44 West Flagler Street
Suite 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 3rd day of April, 2019 at 8:46 am to be served on **COMPREHENSIVE HEALTH SERVICES, INC CT CORPORATION SYSTEM,REG AGENT, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, ANDREW KARP, do hereby affirm that on the **3rd day of April, 2019** at **4:15 pm, I:**

**CORPORATE SERVED:** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** EMPLOYEE OF CT CORPORATION at the address of: **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324** as **registered agent** for **COMPREHENSIVE HEALTH SERVICES, INC CT CORPORATION SYSTEM,REG AGENT**, and informed said person of the contents therein, in compliance with state statutes 48.081.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A SPECIAL PROCESS SERVER APPOINTED BY THE SHERIFF, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

ANDREW KARP
SPS #260

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2019005295

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

